United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHRISTIAN JESUS OLIVARES,<br>Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL NO. 1:26-CV-939 |
| CAMERON COUNTY, *et al.*,<br>Defendants. | §<br>§<br>§<br>§ | |

**ORDER GRANTING PETITIONER LEAVE TO FILE AMENDED COMPLAINT**

On October 5, 2026, Defendants filed a Motion to Dismiss. Dkt. No. 11. In its Motion, Defendants argue Plaintiff Olivares has: (1) failed to plead sufficient well-pleaded facts to support his Monell claim; (2) failed to plead that he has exhausted administrative remedies; (3) failed to overcome qualified immunity for the individually named defendants. *See generally* Dkt. No. 11.

On October 28, 2026, Plaintiff Olivares filed a Response in Opposition to Defendants' Motion to Dismiss. Dkt. No. 18. In his Response, Plaintiff Olivares states: "To the extent the Court identifies any deficiency in the Complaint that can be remedied through amendment, Plaintiff alternatively requests an opportunity to seek leave to amend under Federal Rule of Civil Procedure 15(a)(2)." Dkt. No. 18 at 2.

The Court construes Plaintiff's Response as a Motion to Amend to his Complaint. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, "[t]he Court should freely give leave when justice so requires." Rule 15 "evinces a bias in favor of granting leave to amend." *Dussouy v. Gulf Coast Inv. Corp*., 660 F.2d 594, 597 (5th Cir. 1981). Further, the Courts should grant a motion to amend "unless there is a substantial reason" to deny amendment. *Leffall v. Dallas Independent School Dist*., 28 F.3d 521, 524 (5th Cir. 1994).

Accordingly, the Court **GRANTS** Plaintiff's Motion to Amend his Complaint by no later than **Monday, November 9, 2026.**[1] Because the Court grants Plaintiff leave to amend his Complaint, the Court **ORDERS** any response by Defendants to an amended pleading be filed **no later than November 23, 2026,** pursuant to Rule 15(a)(3).

[1] Plaintiff's deadline to response to Defendants' Motion to Stay continues to be November 9, 2026, as per the Court's previous order. Dkt. No. 16.

Signed on October 29, 2026.

Karen Betancourt
______________________________
Karen Betancourt
United States Magistrate Judge